

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

SPH America, LLC

**Civil Action No.** 13cv2325-CAB-KSC

**Plaintiff,**

**V.**

See Attachment

## JUDGMENT IN A CIVIL CASE

**Defendant.**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Accordingly, the case is Dismissed for lack of Article III standing. The Clerk of Court shall close case. It is SO ORDERED.

**Date:** 4/11/17

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ J. Gutierrez

J. Gutierrez, Deputy

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

## (ATTACHMENT)

**Civil Action No.**   13cv2325-CAB-KSC

Cellco Partnership doing business as Verizon Wireless
Defendant


Verizon Wireless, Inc.; Cellco Partnership
Counter Claimant

V.

SPH America, LLC
Counter Defendant